**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| FREEDOM MORTGAGE CORPORATION | § | |
| | § | |
| v. | § | Civil No. 1:25-cv-01054-DAE |
| | § | |
| JAMES SNYDER, DER RESIDENTIAL COMMUNITY, INC., d/b/a DOUBLE EAGLE RANCH RESIDENTIAL COMMUNITY, AND THE UNITED STATES OF AMERICA ON BEHALF OF THE SECRETARY OF VETERANS AFFAIRS | § | |

**O R D E R**

The above captioned cause, having been removed to this Court on July 7, 2025 from the 465th Judicial District Court, Bastrop County, TX, 465-850 and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings.  The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 8th day of July 2025.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE